# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ANN KRISTINE TARVER** | * | **CIVIL ACTION NO. 06-1900** |
| **VERSUS** | * | |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

For the reasons set forth in the foregoing Memorandum Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner is hereby **AFFIRMED**, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Monroe, Louisiana, this 19th day of February, 2008.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE